IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LOU DREHER**                                                                                          **PLAINTIFF**

**v.**                                       **4:05CV01051-WRW**

**SHERMAN SMITH,** *ET AL.*                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claim be DISMISSED.

DATED this 21st day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE